IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Case No. 5:25-CV-00810-M-RJ

| | |
|---|---|
| EDWIN HOLLIDAY,<br><br>    Plaintiff,<br><br>v.<br><br>STATE EMPLOYEE CREDIT UNION,<br><br>    Defendant. | ORDER |

This matter comes before the court on the Memorandum and Recommendation ("M&R") issued by United States Magistrate Judge Robert B. Jones, Jr. [DE 4]. Therein, Judge Jones recommends that Plaintiff's complaint be dismissed for failure to prosecute. The M&R, along with instructions and a deadline for filing objections, was served on the parties on January 16, 2026. *See id.* Neither party filed a timely objection.

A magistrate judge's recommendation carries no presumptive weight. The court "may accept, reject, or modify, in whole or in part, the . . . recommendation[ ] . . . receive further evidence or recommit the matter to the magistrate judge with instructions." 28 U.S.C. § 636(b)(1); *accord Mathews v. Weber*, 423 U.S. 261, 271 (1976). The court "shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." *Id.* § 636(b)(1). Absent a specific and timely objection, the court reviews only for "clear error" and need not give any explanation for adopting the recommendation. *Diamond v. Colonial Life & Accident Ins. Co.*, 416 F.3d 310, 315 (4th Cir. 2005).

Upon careful review of the M&R and the record presented, and finding no clear error, the court ADOPTS the recommendation of the magistrate judge as its own. *See Diamond*, 416 F.3d

at 315. For the reasons stated therein, Plaintiff's complaint is DISMISSED for failure to prosecute and his Application to Proceed In Forma Pauperis [DE 2] is DENIED WITHOUT PREJUDICE.

SO ORDERED this __11th__ day of February, 2026.

*Richard E. Myers II*
RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE